## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

       Chapter 13

       Bankruptcy No. 17-13959-ELF

MICHAEL  L TORRENCE SR
NICOLE S TORRENCE
1420 N. FELTON STREET

PHILADELPHIA, PA 19151

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

   MICHAEL  L TORRENCE SR
   NICOLE S TORRENCE
   1420 N. FELTON STREET

   PHILADELPHIA, PA 19151


Counsel for debtor(s), by electronic notice only.

   DAVID OFFEN ESQUIRE
   601 WALNUT ST., SUITE 160 WEST

   PHILADELPHIA, PA 19106-

                                           /S/ William C. Miller

Date: 12/7/2017                                    _____

                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee