IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Michael L Torrence, Sr. | : | Case No. 17-13959- elf |
| xxx-xx-0739 | | |
| Nicole S Torrence | | |
| xxx-xx-3120 | | |
| Debtor | | |

## SECOND AMENDED APPLICATION FOR A WAGE ORDER

Debtor in the above caption matter hereby respectfully applies for a wage order to be issued in this case directing the employer to withhold from his/her pay period the sum listed on the attached order and to forward the same to the standing trustee listed on the attached order.

| | |
|---|---|
| _____ | /s/ David M. Offen |
| Chapter 13 Trustee | David M. Offen, Esquire |
| | Attorney for Debtor(s) |

Dated: February 15, 2018

Debtor's Counsel
David M. Offen, Esquire
Suite 160 West
The Curtis Center
601 Walnut Street
Philadelphia, PA 19106

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :     Chapter 13

Michael L Torrence, Sr.                   :     Case No. 17-13959- elf

xxx-xx-0739
Nicole S Torrence
xxx-xx-3120
    Debtor


SECOND AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

    The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

    IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

<u>$230.00 EVERY WEEK.</u>

    The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

_____     2/16/18
HONORABLE ERIC L. FRANK              DATED:
CHIEF UNITED STATES BANKRUPTCY JUDGE

<u>Make checks payable to:</u>          David M. Offen Esq.
William C. Miller, Trustee          Suite 160 West, Curtis Ctr.
P.O. Box 1799                       Philadelphia, PA 19106
Memphis, TN  38101-1799             (215) 625-9600

Payroll Controller
SEPTA
1234 Market Street
Philadelphia, PA