United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael L Torrence, Sr.
Nicole S Torrence
    Debtors

Case No. 17-13959-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Stacey      Page 1 of 1      Date Rcvd: Feb 16, 2018
                    Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2018.
db/jdb       +Michael L Torrence, Sr.,    Nicole S Torrence,    1420 N. Felton Street,    Philadelphia, PA 19151-3805
           +Septa,    Payroll Controller,    1234 Market Street,    Philadelphia, PA 19107-3721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2018 at the address(es) listed below:
           DAVID M. OFFEN    on behalf of Debtor Michael L Torrence, Sr. dmo160west@gmail.com, davidoffenecf@gmail.com
           DAVID M. OFFEN    on behalf of Joint Debtor Nicole S Torrence dmo160west@gmail.com, davidoffenecf@gmail.com
           LEON P. HALLER    on behalf of Creditor     Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
           MARY JACQUELINE LARKIN    on behalf of     PSTC Federal Employees Credit Union mjlarkin@mklaw.us.com, camurray@mklaw.us.com;mdoria@mklaw.us.com;jkane@mklaw.us.com
           MATTEO SAMUEL WEINER    on behalf of Creditor     PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
           MICHAEL S. BLOOM    on behalf of Creditor     Beneficial Bank mbloom@pressmandoyle.com, sduffy@pressmandoyle.com
           United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
           WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                     TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Michael L Torrence, Sr. | : | Case No. 17-13959- elf |
| xxx-xx-0739 | | |
| Nicole S Torrence | | |
| xxx-xx-3120 | | |
| Debtor | | |

SECOND AMENDED APPLICATION FOR A WAGE ORDER

Debtor in the above caption matter hereby respectfully applies for a wage order to be issued in this case directing the employer to withhold from his/her pay period the sum listed on the attached order and to forward the same to the standing trustee listed on the attached order.

_____           /s/ David M. Offen
Chapter 13 Trustee                       David M. Offen, Esquire
                                         Attorney for Debtor(s)

Dated: February 15, 2018

Debtor's Counsel
David M. Offen, Esquire
Suite 160 West
The Curtis Center
601 Walnut Street
Philadelphia, PA 19106

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Michael L Torrence, Sr. | : | Case No. 17-13959- elf |

xxx-xx-0739
Nicole S Torrence
xxx-xx-3120
    Debtor

## SECOND AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

    The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

    IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

$230.00 EVERY WEEK.

    The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

                                                 2/16/18
HONORABLE ERIC L. FRANK          DATED:
CHIEF UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:        David M. Offen Esq.
William C. Miller, Trustee      Suite 160 West, Curtis Ctr.
P.O. Box 1799                     Philadelphia, PA 19106
Memphis, TN  38101-1799       (215) 625-9600

Payroll Controller
SEPTA
1234 Market Street
Philadelphia, PA