United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-13959-elf
Michael L Torrence, Sr.                                         Chapter 13
Nicole S Torrence
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Christina        Page 1 of 1        Date Rcvd: Mar 23, 2018
                           Form ID: 155           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2018.
db/jdb          +Michael L Torrence, Sr.,   Nicole S Torrence,   1420 N. Felton Street,
                 Philadelphia, PA 19151-3805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 25, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2018 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Michael L Torrence, Sr. dmo160west@gmail.com,
            davidoffenecf@gmail.com
          DAVID M. OFFEN    on behalf of Joint Debtor Nicole S Torrence dmo160west@gmail.com,
            davidoffenecf@gmail.com
          LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
            dmaurer@pkh.com;mgutshall@pkh.com
          MARY JACQUELINE LARKIN    on behalf of    PSTC Federal Employees Credit Union
            mjlarkin@mklaw.us.com,   camurray@mklaw.us.com;mdoria@mklaw.us.com;jkane@mklaw.us.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
            bkgroup@kmllawgroup.com
          MICHAEL S. BLOOM    on behalf of Creditor    Beneficial Bank mbloom@pressmandoyle.com,
            sduffy@pressmandoyle.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com,   philaecf@gmail.com
                                                                              TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Michael L Torrence, Sr. and Nicole S
Torrence

         Debtor(s)

Chapter: 13

Bankruptcy No: 17–13959–elf

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this March 20, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Eric L. Frank
Judge ,
United States Bankruptcy Court

62
Form 155