```
              IN THE UNITED STATE BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   In Re   Michael L. Torrence, Sr.    )  Chapter 13
          Nicole S. Torrence           )
                                       )  No. 17-13959-ELF
                                       )
          Debtors                      )
```

## CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection or other responsive pleading to the Application for Compensation of Counsel Fees and respectfully request that the Order attached to the Application be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtors