United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                            Case No. 17-13959-elf
Michael L Torrence, Sr.                                                           Chapter 13
Nicole S Torrence
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey             Page 1 of 1            Date Rcvd: Apr 16, 2018
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2018.
db/jdb         +Michael L Torrence, Sr.,    Nicole S Torrence,    1420 N. Felton Street,
                Philadelphia, PA 19151-3805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2018 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Michael L Torrence, Sr. dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Joint Debtor Nicole S Torrence dmo160west@gmail.com,
               davidoffenecf@gmail.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MARY JACQUELINE LARKIN    on behalf of     PSTC Federal Employees Credit Union
               mjlarkin@mklaw.us.com,    camurray@mklaw.us.com;mdoria@mklaw.us.com;jkane@mklaw.us.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              MICHAEL S. BLOOM    on behalf of Creditor    Beneficial Bank mbloom@pressmandoyle.com,
               sduffy@pressmandoyle.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Michael L. Torrence, Sr.      )   Chapter 13
         Nicole S. Torrence            )
                                       )   17-13959-ELF
         Debtors                       )
                                       )

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtors, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $4,000.00 is allowed and the balance in the amount of $4,000.00 shall be paid by the Chapter 13 Trustee to the extent consistent with the terms of the confirmed plan.

4/16/18
DATED:                              ERIC L. FRANK
                                    U.S. BANKRUPTCY JUDGE