**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Michael L. Torrence Sr.<br>       Nicole S. Torrence<br><br>                        Debtor(s) | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>                  Movant<br>       vs. | NO. 17-13959 ELF |
| Michael L. Torrence Sr.<br>Nicole S. Torrence<br><br>                        Debtor(s)<br><br>William C. Miller Esq.<br><br>                  Trustee | 11 U.S.C. Sections 362 and 1301 |

<u>**ORDER**</u>

AND NOW, this  2nd  day of      July      , 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay of all proceedings is **GRANTED** and the automatic stay under  11 U.S.C. Section 362, is **MODIFIED** with respect to the subject premises located at 1420 North Felton Street, Philadelphia, PA 19151 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**