United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 17-13959-elf
Michael L Torrence, Sr.                                             Chapter 13
Nicole S Torrence
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Stacey              Page 1 of 1              Date Rcvd: Jul 02, 2019
                               Form ID: pdf900           Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2019.
```
db/jdb         +Michael L Torrence, Sr.,   Nicole S Torrence,   1420 N. Felton Street,
                 Philadelphia, PA 19151-3805
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 03 2019 03:07:57     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 03 2019 03:07:36
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 03 2019 03:07:48     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/Text: rreithmeier@thebeneficial.com Jul 03 2019 03:07:22     Beneficial Bank,
                 1818 Market Street,   Philadelphia, PA 19103-3628
cr             +E-mail/Text: blegal@phfa.org Jul 03 2019 03:07:43     Pennsylvania Housing Finance Agency,
                 211 N. Front Street,   Harrisburg, PA  17101,   U.S.A. 17101-1406
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2019 03:13:46     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 6

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2019 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Debtor Michael L Torrence, Sr. dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Joint Debtor Nicole S Torrence dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MARY JACQUELINE LARKIN    on behalf of    PSTC Federal Employees Credit Union
               mjlarkin@ohaganmeyer.com,   jpitner@ohaganmeyer.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              MICHAEL S. BLOOM    on behalf of Creditor    Beneficial Bank mbloom@pressmandoyle.com,
               sduffy@pressmandoyle.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Michael L. Torrence Sr.<br>Nicole S. Torrence<br>  Debtor(s)<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY<br>  Movant<br>  vs.<br><br>Michael L. Torrence Sr.<br>Nicole S. Torrence<br>  Debtor(s)<br><br>William C. Miller Esq.<br>  Trustee | CHAPTER 13<br><br><br>NO. 17-13959 ELF<br><br><br>11 U.S.C. Sections 362 and 1301 |

**ORDER**

AND NOW, this 2nd day of July, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay of all proceedings is **GRANTED** and the automatic stay under 11 U.S.C. Section 362, is **MODIFIED** with respect to the subject premises located at 1420 North Felton Street, Philadelphia, PA 19151 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**