IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Michael L. Torrence, Sr. | : | No. 17-13959-ELF |
| Nicole S. Torrence | : | |
| Debtor | : | |

O R D E R

AND NOW, this 9th day of July, 2019, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE

cc:
William C. Miller, Trustee

David M. Offen, Esquire

Roslyn L. Mason

PAYROLL CONTROLLER
SEPTA
1234 Market Street
Philadelphia, PA 19107