United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael L Torrence, Sr.  
Nicole S Torrence  
    Debtors

Case No. 17-13959-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP      Page 1 of 1      Date Rcvd: Jul 09, 2019  
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2019.  
db/jdb      +Michael L Torrence, Sr.,   Nicole S Torrence,   1420 N. Felton Street,   Philadelphia, PA 19151-3805  
             +SEPTA,   attn: Payroll Controller,   1234 Market Street,   Philadelphia, PA 19107-3780

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2019 at the address(es) listed below:
        DAVID M. OFFEN   on behalf of Debtor Michael L Torrence, Sr. dmo160west@gmail.com,
        davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
        DAVID M. OFFEN   on behalf of Joint Debtor Nicole S Torrence dmo160west@gmail.com,
        davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
        KEVIN G. MCDONALD   on behalf of Creditor   PENNSYLVANIA HOUSING FINANCE AGENCY
        bkgroup@kmllawgroup.com
        LEON P. HALLER   on behalf of Creditor   PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
        dmaurer@pkh.com;mgutshall@pkh.com
        LEON P. HALLER   on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
        dmaurer@pkh.com;mgutshall@pkh.com
        MARY JACQUELINE LARKIN   on behalf of   PSTC Federal Employees Credit Union
        mjlarkin@ohaganmeyer.com,   jpitner@ohaganmeyer.com
        MATTEO SAMUEL WEINER   on behalf of Creditor   PENNSYLVANIA HOUSING FINANCE AGENCY
        bkgroup@kmllawgroup.com
        MICHAEL S. BLOOM   on behalf of Creditor   Beneficial Bank mbloom@pressmandoyle.com,
        sduffy@pressmandoyle.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                TOTAL: 10

```
             IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

    IN RE                          :    CHAPTER 13
                                   :
    Michael L. Torrence, Sr.       :    No. 17-13959-ELF
    Nicole S. Torrence             :
         Debtor                    :
```

O R D E R

AND NOW, this  9th  day of  July , 2019, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE

cc:
William C. Miller, Trustee

David M. Offen, Esquire

Roslyn L. Mason

PAYROLL CONTROLLER
SEPTA
1234 Market Street
Philadelphia, PA 19107