Case 17-13959-elf    Doc 80    Filed 11/06/19    Entered 11/06/19 11:03:02    Desc Main
Document      Page 1 of 1

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
MICHAEL L TORRENCE SR  
NICOLE S TORRENCE  

Chapter 13

Debtor

Bankruptcy No. 17-13959-ELF

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: November 6, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
MICHAEL L TORRENCE SR
NICOLE S TORRENCE
1420 N. FELTON STREET

PHILADELPHIA, PA 19151