```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                          Case No. 17-13959-elf
Michael L Torrence, Sr.                                         Chapter 13
Nicole S Torrence
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John                 Page 1 of 2                  Date Rcvd: Nov 06, 2019
                              Form ID: pdf900            Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2019.
db/jdb         +Michael L Torrence, Sr.,    Nicole S Torrence,    1420 N. Felton Street,
                 Philadelphia, PA 19151-3805
13930330       +Beneficial Mutual Savings,    Beneficial Mutual Savings,    530 Walnut St., Attn: Bankruptcy,
                 Philadelphia, PA 19106-3624
13930334        Crozer Chester Medical Center,    File 2170,    1801 W Olympic Blvd,    Pasadena, CA 91199-2170
14010419        Directv, LLC,   by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL  60197-5008
13930337       +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13930338        Fst Premier,   601 S Minneapolis Ave,    Sioux Falls, SD 57104
13930339       +IC Systems, Inc,    444 Highway 96 East,    St Paul, MN 55127-2557
13930343       +MRS BPO,   1930 Olney Ave,    Cherry Hill, NJ 08003-2016
13930345        PAM, LLC-PA Turnpike,    PO Box 1153,    Milwaukee, WI 53201-1153
13930347       +PGW,   Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806
14014727       +PHFA,   c/o Matteo S. Weiner, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
13969907       +PSTC Employees Federal Credit Union,    1402 Bywood Avenue,    Upper Darby, PA 19082-3720
13930346        Pennsylvania Department of Revenue,    1 Revenue Place,    Harrisburg, PA 17129-0001
13930349       +Pressman & Doyle, LLC.,    712 West MacDade Boulevard,    Milmont Park, PA 19033-3512
13930350       +Pstc Employee Fcu,    1402 Bywood Ave,    Upper Darby, PA 19082-3720
13930351       +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
13930352       +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424
13993028        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
13930354        Wells Fargo Bank, N.A.,    P.O. Box 6995,    Portland, OR 97228-6995

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 07 2019 03:54:24     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 07 2019 03:54:14     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: blegal@phfa.org Nov 07 2019 03:54:05     Pennsylvania Housing Finance Agency,
                 211 N. Front Street,    Harrisburg, PA  17101,   U.S.A. 17101-1406
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2019 03:49:48     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13954729       +E-mail/Text: bankruptcy@wsfsbank.com Nov 07 2019 03:53:37     Beneficial Bank,
                 1818 Market Street,    Philadelphia, Pa 19103-3628
14021832        E-mail/Text: megan.harper@phila.gov Nov 07 2019 03:54:23     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13930333        E-mail/Text: megan.harper@phila.gov Nov 07 2019 03:54:23     City of Philadelphia - Law Dept.,
                 One Parkway Bldg.,    1515 Arch Street, 14th Fl,    Philadelphia, PA 19107
13930331       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 07 2019 03:49:03     Capital One,
                 Attn: Bankruptcy,   Po Box 30253,    Salt Lake City, UT 84130-0253
14012702       +E-mail/Text: bankruptcy@cavps.com Nov 07 2019 03:54:11     Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13930335       +E-mail/Text: bankruptcynotices@dcicollect.com Nov 07 2019 03:54:28     Diversified Consultant,
                 Dci,   Po Box 551268,    Jacksonville, FL 32255-1268
13930336       +E-mail/Text: bknotice@ercbpo.com Nov 07 2019 03:54:07     ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13993326        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 07 2019 03:54:10     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13930340        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 07 2019 03:54:10     Jefferson Capital Systems, LLC,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
13930341        E-mail/Text: ktramble@lendmarkfinancial.com Nov 07 2019 03:53:35
                 Lendmark Financial Services,    2118 Usher St,    Covington, GA 30014
13990369        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 07 2019 03:49:07
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13930342       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 07 2019 03:54:01     Midland Funding,
                 Attn: Bankruptcy,   Po Box 939069,    San Diego, CA 92193-9069
14001512       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 07 2019 03:54:01     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
13966184        E-mail/PDF: cbp@onemainfinancial.com Nov 07 2019 03:49:48     ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14014442       +E-mail/Text: blegal@phfa.org Nov 07 2019 03:54:05     PENNSYLVANIA HOUSING FINANCE AGENCY,
                 211 North Front Street,    Harrisburg, PA 17101-1406
13930348        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2019 04:03:57
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
13989300        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2019 04:04:33
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
```

```
District/off: 0313-2          User: John                 Page 2 of 2                   Date Rcvd: Nov 06, 2019
                              Form ID: pdf900            Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13931701       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2019 04:03:23
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14011303       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 07 2019 03:50:04
                 PYOD, LLC its successors and assigns as assignee,    of Wachovia Bank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13930344       +E-mail/Text: blegal@phfa.org Nov 07 2019 03:54:05       Pa Housing Finance Age,    Po Box 8029,
                 Harrisburg, PA 17105-8029
13976028        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 07 2019 03:53:57
                 Pennsylvania Department of Revenue,    Bankruptcy Division   PO Box 280946,
                 Harrisburg PA   17128-0946
13993329       +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 07 2019 03:54:10       Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
13930353       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 07 2019 03:53:36
                 Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
13980749        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 07 2019 04:03:31        Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK   73124-8838
                                                                                               TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
cr*            +Beneficial Bank,   1818 Market Street,    Philadelphia, PA 19103-3628
13930332      ##+Central Financial Control,    Po Box 66044,    Anaheim, CA 92816-6044
                                                                                      TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2019 at the address(es) listed below:
```
          DAVID M. OFFEN    on behalf of Debtor Michael L Torrence, Sr. dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          DAVID M. OFFEN    on behalf of Joint Debtor Nicole S Torrence dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
           bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          MARY JACQUELINE LARKIN    on behalf of    PSTC Federal Employees Credit Union
           mjlarkin@ohaganmeyer.com,    jpitner@ohaganmeyer.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
           bkgroup@kmllawgroup.com
          MICHAEL S. BLOOM    on behalf of Creditor    Beneficial Bank mbloom@pressmandoyle.com,
           sduffy@pressmandoyle.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 10
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> MICHAEL  L TORRENCE SR <br> NICOLE S TORRENCE | Chapter 13 |
| Debtor | Bankruptcy No. 17-13959-ELF |

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: November 6, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
MICHAEL  L TORRENCE SR
NICOLE S TORRENCE
1420 N. FELTON STREET

PHILADELPHIA, PA 19151